# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:12-CV-114 JCM (VCF) |
|---|---|
| Plaintiff, | |
| v. | |
| BEN KIM and LISA KIM, | |
| Defendants. | |

## ORDER

Presently before the court is the parties' unopposed motion to unseal and consolidate the above-entitled criminal action with the matter captioned *United States of America v. Alcantar, et al.*, case no. 2:12-cr-00113-JCM-VCF.

Good cause being shown and the parties being in agreement,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion to unseal and consolidate (doc. #2) be, and the same hereby is, GRANTED.

IT IS THEREFORE ORDERED that this case, and all future proceedings, be unsealed.

IT IS FURTHER ORDERED that case number 2:12-cr-00113-JCM-VCF and 2:12-cr-00114-JCM-VCF be consolidated for purposes of changes of plea and sentencing.

DATED May 4, 2012.

James C. Mahan
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**