**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 2:12-cr-00113-1-JCM-VCF |
| vs ) | |
| ROSALIO ALCANTAR, ) | ORDER |
| Defendant. ) | |

    Presently before the court is a motion to withdraw filed by government attorney Mary Ann McCarthy. (Doc. # 131). There is no response in opposition.

    Ms. McCarthy has advised the court that she is withdrawing as an attorney for the United States in this case and that another government attorney will represent the government.

    Good cause appearing,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the government motion to withdraw as attorney (doc. # 131) be, and the same hereby, is GRANTED. The new government attorney shall file notice of appearance within thirty days.

    DATED March 1, 2013.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE